IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HP DEBT EXCHANGE LLC,

    Plaintiff,

v.

WELLS FARGO BANK N.A.,

    Defendants.

No. 13-04717 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On April 29, 2014, Plaintiff's counsel filed a request to appear telephonically at the hearing set for May 27, 2014 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: May ___, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge