| | |
|---|---|
| 1 | BRUCE A. ERICSON  #76342 |
|   | bruce.ericson@pillsburylaw.com |
| 2 | LAURA C. HURTADO  #267044 |
|   | laura.hurtado@pillsburylaw.com |
| 3 | Four Embarcadero Center, 22nd Floor |
|   | Post Office Box 2824 |
| 4 | San Francisco, CA  94126-2824 |
|   | Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200 |
| 6 | FAEGRE BAKER DANIELS LLP |
|   | JESSE LINEBAUGH (*pro hac vice*) |
| 7 | jesse.linebaugh@faegrebd.com |
|   | 801 Grand Ave, 33rd Floor |
| 8 | Des Moines, IA 50309-8011 |
|   | Telephone: (515) 248-9000 |
| 9 | Facsimile:  (515) 248-9010 |
| 10 | Attorneys for Defendant, |
|    | WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HP DEBT EXCHANGE, LLC D/B/A HP DEBT EXCHANGE, A Texas Limited Liability Company, | No. C-13-04717 EDL |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS AND TO STRIKE FIRST AMENDED COMPLAINT; AND [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE OF JESSE LINEBAUGH** |
| vs. | |
| WELLS FARGO BANK, N.A., a National Banking Association, and DOES 1-20, | |
| Defendants. | Date:   May 27, 2014 |
| | Time:   9:00 a.m. |
| | Dept.   E, 15th Floor |
| | Judge:  Honorable Elizabeth D. Laporte |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully requests that Jesse Linebaugh of the Des Moines, Iowa office of Faegre Baker Daniels LLP be allowed to participate telephonically at the hearing on Wells Fargo's Motion to Dismiss and to Strike First Amended Complaint ("Motion to Dismiss") scheduled for May 27, 2014 at 9:00 a.m.

1  in order to minimize travel costs.  Mr. Linebaugh will be available by telephone at the

2  following direct dial number: (515) 447-4706.  Co-counsel from Pillsbury Winthrop Shaw

3  Pittman LLP will appear in person on behalf of Wells Fargo at the May 27 hearing on the

4  Motion to Dismiss, although counsel expects that Mr. Linebaugh will principally argue for

5  Wells Fargo.

6  Dated:  May 22, 2014.

7  Respectfully submitted,

8

9  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON
   LAURA C. HURTADO
10  Four Embarcadero Center, 22nd Floor
    Post Office Box 2824
11  San Francisco, CA  94126-2824

12
    By  _____/s/ Bruce A. Ericson_____
13          Bruce A. Ericson

14  FAEGRE BAKER DANIELS LLP
    JESSE LINEBAUGH (*pro hac vice*)
15  jesse.linebaugh@faegrebd.com
    801 Grand Ave, 33rd Floor
16  Des Moines, IA 50309-8011

17  Attorneys for Defendant,
    WELLS FARGO BANK, N.A.
18

19  [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC

20  APPEARANCE OF JESSE LINEBAUGH

21      Good cause appearing, the request for Jesse Linebaugh to make an appearance by

22  telephone at the hearing on the Motion to Dismiss scheduled for May 27, 2014 at 9:00 a.m.

23  is hereby **GRANTED**.

24  Dated:  May 22, 2014.

    _____
25  ELIZABETH D. LAPORTE
    United States Magistrate Judge

26

27

28