IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HP DEBT EXCHANGE LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK N.A.,<br><br>　　　　Defendant.　　　　　　／ | No. C -13-04717 EDL<br><br>**ORDER REFERRING CASE TO MEDIATION** |

　　This matter is referred for mediation through the Court's Alternative Dispute Resolution department.

**IT IS SO ORDERED.**

Dated: July 31, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge